## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DAILY CALLER NEWS | * | |
| FOUNDATION | * | |
| 1050 17th Street, NW | * | |
| Suite 900 | * | |
| Washington, D.C.  20036 | * | |
| | * | |
| and | * | |
| | * | |
| RICHARD POLLOCK | * | |
| The Daily Caller News Foundation | * | |
| 1050 17th Street, NW | * | |
| Suite 900 | * | |
| Washington, DC 20036 | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 15-1979 |
| | * | |
| DEPARTMENT OF STATE | * | |
| 2401 E Street, NW | * | |
| Washington, D.C. 20037 | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, for the disclosure of agency records improperly withheld from the plaintiffs' The Daily Caller News Foundation and Richard Pollock by the defendant Department of State.

## JURISDICTION

1.  This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2.   Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3.   Plaintiff The Daily Caller News Foundation ("DCNF") is a 501(C)(3) group that provides independent, credible news coverage of major public policy issues and programs, deeply detailed and documented investigative reporting and on-the-job training programs for entry-level journalists.

4.   Plaintiff Richard Pollock ("Mr. Pollock") currently serves as the Senior Investigative Reporter for DCNF and is based in Washington, D.C.

5.   Defendant Department of State ("State") is an agency within the meaning of 5 U.S.C. § 552 (e), and is in possession and/or control of the records requested by DCNF and Mr. Pollock that are the subject of this action.

## COUNT ONE

6.   By letter dated October 9, 2015, the plaintiffs, DCNF and Mr. Pollock (hereinafter referred to jointly as "DCNF"), submitted to State a FOIA request that specifically sought copies of the following:

1)  Records memorializing certification that senior State officials had satisfied mandatory security training courses regarding the handling of classified materials and communications through secure equipment; and

2)  Records memorializing certification that senior State officials had satisfied mandatory Information Technology training courses regarding the handling of classified materials and communications through secure equipment.

2

7.   DCNF clarified that the scope of the search should include, but not be limited to, training related to the handling of classified, sensitive and unclassified materials, the secure storage of classified, sensitive and unclassified materials and secure communication between digital devices. DCNF also noted that the scope of the search should include all cross-references, that it should not be limited to State-originated records, and that the timeframe could be limited to January 1, 2009, through February 28, 2013.

8.   DCNF further clarified that the specific senior State officials encompassed by the FOIA request were Secretary of State Hillary Clinton, Under Secretary Patrick F. Kennedy, Chief of Staff Cheryl Mills, Deputy Chief of Staff Huma Abedin, and Deputy Chief of Staff Jacob "Jake" Sullivan. Finally, DCNF explained that it was reasonably likely that responsive records could be specifically located in the Foreign Service Institute, the Bureau of Information Resource Management, the Office of Security, and the Diplomatic Security Service. The types of records sought should be construed to include, but not be limited to, certificates, transcripts and official State communications.

8.   DCNF requested a waiver of fees as a national news organization, as well as expedited processing.

9.   To date, no substantive response has been received by DCNF from State regarding the FOIA request. DCNF has therefore constructively exhausted its administrative remedies.

10. DCNF has a legal right under the FOIA to obtain the information it seeks, and there is no basis for the denial by State of said right.

WHEREFORE, plaintiffs The Daily Caller News Foundation and Richard Pollock pray that this Court:

(1) Orders the defendant federal agency to disclose the requested records in their entirety and make copies promptly available to the plaintiffs;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E) and/or 28 U.S.C. § 2412 (d);

(3) expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and

(4) grant such other relief as the Court may deem just and proper.

Date:   November 9, 2015

Respectfully submitted,

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Ste. 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiffs