IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAILY CALLER NEWS FOUNDATION and RICHARD POLLOCK,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Docket No. 15-cv-1979 (RJL) |

## DEFENDANT'S ANSWER

Defendant United States Department of State, by and through its undersigned counsel, hereby answers Plaintiffs The Daily Caller News Foundation and Richard Pollock's Complaint as follows. The introductory paragraph to the Complaint consists of Plaintiffs' characterization of this lawsuit, to which no response is required.

## JURISDICTION

1.Paragraph 1 consists of Plaintiffs' legal conclusions regarding jurisdiction, to which no response is required.

## VENUE

2.Paragraph 2 consists of Plaintiffs' legal conclusions regarding venue, to which no response is required.

## PARTIES

3.Defendant lacks knowledge or information sufficient to form a belief about the truth of these allegations.

1

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of these allegations.

5. Defendant admits that it is an agency within the meaning of 5 U.S.C. § 552(e). The remainder of Paragraph 5 consists of legal conclusions, to which no response is required.

## COUNT ONE

6. Defendant admits that on October 9, 2015, it received from Plaintiffs a Freedom of Information Act ("FOIA") request. Defendant respectfully refers the Court to that request, attached as Exhibit A hereto, for a full and complete statement of its contents.

7. The allegations in this paragraph constitute Plaintiffs' description of their FOIA request, to which no response is required. Defendant respectfully refers the Court to that request for a full and complete statement of its contents.

8. Plaintiffs' Complaint contains two paragraphs numbered as Paragraph 8. The allegations in both paragraphs constitute Plaintiffs' description of their FOIA request, to which no response is required. Defendant respectfully refers the Court to that request for a full and complete statement of its contents.

9. Defendant admits that it has not issued a final response to Plaintiffs' FOIA request with a determination as to whether it will release the requested records. The remainder of this paragraph consists of legal conclusions, to which no response is required.

10. Paragraph 10 consists of legal conclusions, to which no response is required.

The remainder of the Complaint sets forth Plaintiffs' prayer for relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiffs are entitled to any of the relief they seek.

Each and every allegation of the Complaint not heretofore expressly admitted or denied is hereby denied.

**DEFENSES**

1. Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

2. Plaintiffs are not entitled to compel production of records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C. § 552.

WHEREFORE, having fully answered, Defendant prays that:

1. This Court enter judgment for Defendant and dismiss this action with prejudice; and

2. Defendant be granted such further relief as the Court may deem just and proper.


Dated: December 16, 2015                    Respectfully submitted,


                                            BENJAMIN C. MIZER
                                            Principal Deputy Assistant Attorney General

                                            MARCIA BERMAN
                                            Assistant Director, Federal Programs Branch

                                            /s/ *Jason Lee*_____
                                            JASON LEE (CA Bar No. 298140)
                                            Trial Attorney
                                            Federal Programs Branch
                                            U.S. Department of Justice, Civil Division
                                            Telephone: (202) 514-3367
                                            Fax: (202) 616-8470
                                            Email: Jason.Lee3@usdoj.gov

                                            Mailing Address:
                                            Post Office Box 883
                                            Washington, DC 20044

        Courier Address:
        20 Massachusetts Ave., NW Rm. 7107
        Washington, DC 20001

        *Counsel for Defendant*

# EXHIBIT A

Yousef, Rundik M

F-2015-15449

| | |
|---|---|
| From: | State Department FOIA <noreply@state.gov> |
| Sent: | Friday, October 09, 2015 9:59 AM |
| To: | FOIA Request |
| Subject: | FOIA Request Letter |

Thank you for filing your FOIA request online on 10/9/2015. Here is a review of your request.

The records I request can be described as follows:

October 9, 2015 John F. Hackett Department of State Acting Director Office of Information Programs and Services Building SA-2 515 22nd Street, NW Washington, DC 20522-8100 Re: Freedom of Information Act Request Dear Director Hackett: Pursuant to the Freedom of Information Act, 5 U.S.C. 552, the Daily Caller News Foundation hereby requests that the Department of State ("State") produce the following records within twenty (20) business days: 1) Records memorializing certification that senior State officials had satisfactorily completed mandatory security training courses regarding the handling of classified materials and communications through secure equipment; and 2) Records memorializing certification that senior State officials had satisfactorily completed mandatory Information Technology training courses regarding the handling of classified materials and communications through secure equipment. The scope of the search should include, but not be limited to, training related to the handling of classified, sensitive and unclassified materials, the proper and secure storage of classified, sensitive and unclassified materials and the proper and secure communication between digital devices. The scope of the search should include all cross-references and should not be limited to State-originated records. The search can be limited to the timeframe of January 1, 2009, through February 28, 2013. The senior State officials covered by this request are: (a) Secretary of State Hillary Clinton (b) Under Secretary Patrick F. Kennedy (c) Chief of Staff Cheryl Mills (d) Deputy Chief of Staff Huma Abedin (e) Deputy Chief of Staff Jacob "Jake" Sullivan It is reasonably likely that responsive records can be specifically located in the Foreign Service Institute, the Bureau of Information Resource Management, the Office of Security, and the Diplomatic Security Service. The types of records sought should be construed to include, but not be limited to, certificates, transcripts and official State communications. As a national news organization, the Daily Caller News Foundation request the customary waiver of fees. We request the delivery of the records through electronic means. Please confirm receipt of this FOIA request. You can contact me as the senior investigative reporter at the Foundation if you have any questions or comments. My email is rpollockdc@gmail.com or by phone at 703-593-7287. We look forward to receiving the requested documents within twenty (20) business days. Cordially, Richard Pollock Senior Investigative Reporter The Daily Caller News Foundation 703-593-7287

The time period of my request is from 01/01/2008 to 01/30/2013

I am a representative of the news media seeking information as part of a news gathering effort and not for commercial use.
Additional documentation or comments will be required.

I represent Daily Caller News Foundation

I am willing to pay $25 for my request.

I request a waiver of all fees for this request.
Reason: As a national news organization based in Washington, D.C., the release of these records will benefit the

1

public interest.

I have a compelling need for expeditious handling:
- An urgency to inform the public concerning actual or alleged Federal Government activity exists. This option available for ONLY PERSONS PRIMARILY ENGAGED IN DISSEMINATING INFORMATION.

- In light of recent media reports regarding possible mishandling of classified or sensitive information by these same senior State officials, information detailing whether those senior State officials had received and completed the security training would clarify whether senior State officials are held to the same training standards as all other State employees with respect to handling classified and/or sensitive information.

My additional comments are as follows:

N/A

Contact Information
Mr. Richard Pollock
1050 17th Street, NW
Suite 900
Washington, District of Columbia 20036
P: 703-593-7287
F: N/A
rpollockdc@gmail.com