**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE DAILY CALLER NEWS FOUNDATION, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 15-1979 (RJL) |
| DEPARTMENT OF STATE | * | |
| Defendant. | * | |

* * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF CONCESSION**

NOW COME the plaintiffs The Daily Caller News Foundation and Richard Pollock (hereinafter referred to jointly as "Daily Caller"), by and through undersigned counsel, to notify the Court that, upon further review and consideration of Defendant's Second Motion for Summary Judgment, Dkt. 29, they hereby concede the Defendant's Motion and agree to the dismissal of the implicated claim with prejudice. Daily Caller further wishes to notify the Court that the parties are currently discussing possible options with respect to the matter of attorneys' fees.

Date: March 31, 2017

Respectfully submitted,

/s/

________________________________

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiffs